UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:01-CR-185-TS |
| | ) | |
| WILLIAM C. HORSHAW | ) | |

**OPINION and ORDER**

Before the Court is a Motion to Withdraw Any Remaining Claims [DE 548], filed June 16, 2008. The Defendant seeks to withdraw claims contained in a previously-filed motion that the Court warned would be characterized as claims for a motion to vacate sentence under 18 U.S.C. § 2255. The Court GRANTS the Motion [DE 548].

So ORDERED on June 23, 2008.

s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION